# Third District Court of Appeal

## State of Florida

Opinion filed February 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1190
Lower Tribunal No. F15-22330B
_____

**Ricky Canot,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Ricky Canot, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.